UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STACEY MERCER,

            Plaintiff,

  v.

FOOD PASSION LEXINGTON AVE CORP., 1200 LEXINGTON LLC,

            Defendants.

No. 22-CV-0319 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the initial status conference on May 26, 2022 is hereby rescheduled to 3:15 p.m. The dial-in information for the telephonic conference remains the same: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. If the parties are unavailable at the new time, they are directed to file a letter proposing alternative dates and times for the conference.

SO ORDERED.

Dated:   May 24, 2022
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge